**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THANH VAN NGUYEN,<br>Petitioner,<br>v.<br>TODD M. LYONS, et al.,<br>Respondents. | No. 5:26-cv-03119 DSR<br>**JUDGMENT**<br>**A# 025-111-200** |

Pursuant to the Court's Order Denying Petition for Writ of Habeas Corpus Without Prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and that judgment is entered in favor of Respondents and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

DATED: October 8, 2026

Dan Roberts

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE